UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
HELAYNE SEIDMAN,                   :
                                   :   19 Civ. 9488 (VM)
              Plaintiff,           :
                                   :
   - against -                     :   **ORDER**
                                   :
JAMES F. CAPALINO ASSOCIATES, INC.,:
                                   :
              Defendant.           :
-----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/20

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that although the complaint was filed on October 14, 2019, and electronic summons were issued on October 15, 2019, to date no proof of service of process has been filed on the Docket Sheet, nor has any answer has been recorded. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to advise the Court by March 6, 2020 of their contemplation with regard to further prosecution of this action. In the event no timely response to this Order is submitted by that date the Court may dismiss the complaint without further notice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:   New York, New York
         February 18, 2020

                                    _____
                                    VICTOR MARRERO
                                    U.S.D.J.